

Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/20

John H. Keneally
212.237.1231
jkeneally@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

March 13, 2020

Via ECF

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 12C
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *Verragio, Ltd. v. Walmart Stores, Inc., et al.*
18-cv-10620(GHW)

Dear Judge Woods:

This firm represents plaintiff, Verragio, Ltd., in the above-referenced matter. I write in connection with this Court's Order of March 12, 2020 scheduling a telephone conference on March 16, 2020 at 11:00 a.m. to discuss the pending motion for summary judgment and motion to seal. I respectfully request an adjournment of the telephone conference. This is the first request for an adjournment. This adjournment is requested because lead counsel for Verragio, Ltd. has been diagnosed with the flu and is awaiting the results of a COVID 19 test. Given counsel's current medical condition he will be unable to participate on the call. As a result, I respectfully request that the telephone conference be rescheduled for Monday, March 23, 2020 at 11:00 a.m. Defendants' counsel consents to this request.

Thank you for Your Honor's attention to this matter.

Very truly yours,

John H. Keneally

cc: Anthony F. Lo Cicero, Esq. (via ECF)
Howard Kroll, Esq. (via Email)

---

Application granted. The telephone conference originally scheduled for March 16, 2020 is adjourned to March 23, 2020 at 11:00 a.m. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

SO ORDERED.

Dated: March 13, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge