```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERRAGIO, LTD.,                                   :
                                                  :
                              Plaintiff,          :
                                                  :           1:18-cv-10620-GHW
              -against-                           :
                                                  :                ORDER
WALMART STORES, INC. and K&M                      :
ASSOCIATES, L.P.,                                 :
                                                  :
                              Defendants.         :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/20

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the telephonic conference held on March 23, 2020, Defendants' motions to seal pending at docket numbers 56, 60, and 65, are GRANTED in part and DENIED in part. Defendants are directed to file proposed redactions in accordance with the Court's ruling by no later than April 6, 2020.

The Clerk of Court is directed to terminate the motions pending at docket numbers 56, 60, and 65.

SO ORDERED.

Dated: March 24, 2020

_____
GREGORY H. WOODS
United States District Judge