```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERRAGIO, LTD.,                              :
                                             :
                               Plaintiff,    :
                                             :                  1:18-cv-10620-GHW
              -against-                      :
                                             :                  ORDER
WALMART STORES, INC. and K&M                 :
ASSOCIATES, L.P.,                            :
                                             :
                               Defendants.   :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The jury trial scheduled to begin on January 11, 2021 is adjourned to **Monday, March 15, 2021 at 9:00 a.m.** The jury trial will be held in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007, in a courtroom to be identified closer to trial.

The final pretrial conference scheduled for Thursday, December 3, 2020 is adjourned to **Monday, January 11, 2021 at 10:00 a.m.** The final pretrial conference will be held via conference call. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: November 9, 2020
New York, New York
                                                   _____
                                                          GREGORY H. WOODS
                                                        United States District Judge