```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                 :
                                                :
                        Plaintiff,              :
                                                :         1:18-cv-10620-GHW
        -against-                               :
                                                :              ORDER
WALMART STORES, INC. and K&M                    :
ASSOCIATES, L.P.,                               :
                                                :
                        Defendants.             :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/20

GREGORY H. WOODS, United States District Judge:

The jury trial scheduled to begin on March 15, 2021 is adjourned to July 19, 2021. The final pretrial conference scheduled for January 11, 2021 will be held at 11:00 a.m. The final pretrial conference will be held via conference call. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: December 9, 2020

_____
GREGORY H. WOODS
United States District Judge