USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERRAGIO, LTD.,

                    Plaintiff,

        -against-

WALMART STORES, INC. and K&M
ASSOCIATES, L.P.,

                    Defendants.
------------------------------------------------------------------X

1:18-cv-10620-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 11, 2021, the Court held a final pretrial conference, at which the Court ruled on the parties' motions *in limine*. For the reasons stated on the record, Defendants' motions *in limine*, Dkt. Nos. 94, 95, are GRANTED. Plaintiff's second, third, fourth, fifth, and seventh motions *in limine,* Dkt. Nos. 104-106, 114, 116, are DENIED.

Plaintiff's first motion in *in limine*, Dkt. No. 103, is DENIED IN PART. The parties are directed to file a joint letter regarding proposed stipulation language, as discussed on the record, by January 18, 2021. Plaintiff's sixth motion *in limine* is DENIED without prejudice. Any pre-motion letter regarding a motion to dismiss Defendants' affirmative defense must be filed no later than February 1, 2021.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 94, 95, 103-106, and 110-116.

SO ORDERED.

Dated: January 11, 2021

                                                           GREGORY H. WOODS
                                                           United States District Judge