USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,

                Plaintiff,

      -against-

WALMART STORES, INC. and K&M
ASSOCIATES, L.P.,

              Defendants.
-----------------------------------------------------------------X

1:18-cv-10620-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The jury trial scheduled to begin on July 19, 2021 is adjourned to March 14, 2022. The jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 27, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge