```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                         :

                            Plaintiff,  :

                                          :    1:18-cv-10620-GHW

          -against-                    :

                                          :    <u>ORDER</u>

WALMART STORES, INC. and K&M         :
ASSOCIATES, L.P.,                        :

                        Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court held a conference on December 9, 2021 to discuss the plaintiff's motion to strike the defendants' fourth affirmative defense. Dkt. No. 186. For the reasons stated on the record during that conference, the plaintiff's motion to strike is denied.

      The Clerk of Court is directed to terminate the motion currently pending at Dkt. No. 186.

      SO ORDERED.

Dated: December 9, 2021  
New York, New York  
                                                  GREGORY H. WOODS  
                                             United States District Judge