```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                 :
                                                :
                                Plaintiff,      :
                                                :            1:18-cv-10620-GHW
           -against-                            :
                                                :                 ORDER
WALMART STORES, INC. and K&M                    :
ASSOCIATES, L.P.,                               :
                                                :
                                Defendants.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/21

GREGORY H. WOODS, United States District Judge:

The jury trial scheduled to begin on March 14, 2022 is adjourned to **Monday, April 18, 2022 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on March 11, 2022 at 10:00 a.m. The final pretrial conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: December 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge