```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                :
                                               :
                              Plaintiff,       :
                                               :         1:18-cv-10620-GHW
                -against-                      :
                                               :              ORDER
WALMART STORES, INC. and K&M                   :
ASSOCIATES, L.P.,                              :
                                               :
                              Defendants.      :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The jury trial scheduled to begin on April 18, 2022 is adjourned to **Wednesday, June 8, 2022 at 9:00 a.m.** The final pretrial conference currently scheduled for March 11, 2022 is adjourned to Monday, April 18, 2022 at 10:00 a.m.  The final pretrial conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.  The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  The Court reminds the parties that due to the current COVID-19 protocols at the courthouse, the trial date is subject to additional changes.

SO ORDERED.

Dated: February 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge