```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                  :
                                                 :
                          Plaintiff,             :
                                                 :            1:18-cv-10620-GHW
           -against-                             :
                                                 :                  ORDER
WALMART STORES, INC. and K&M                     :
ASSOCIATES, L.P.,                                :
                                                 :
                          Defendants.            :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

At the December 9, 2021 conference, the Court directed the parties to meet and confer about the best way to proceed based on Defendants' allegations that the copyright at issue in this matter is invalid pursuant to 17 U.S.C. § 411(b). The parties filed a proposed procedure on February 14, 2022. Dkt. No. 199. In light of the parties' letter, the Court scheduled a status conference for February 24, 2022.

As discussed during the February 24, 2022 conference, the parties are directed to confer regarding an updated proposal for how to proceed, taking into account the Supreme Court's decision in *Unicolors, Inc. v. H&M Hennes & Mauritz, L. P.*, Case No. 20-915. The parties are directed to file a joint letter on or before March 3, 2022 with an updated proposal for the Court.

SO ORDERED.

Dated: February 24, 2022
                                              _____
                                                         GREGORY H. WOODS
                                                       United States District Judge