```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,

                             Plaintiff,

                -against-

WALMART STORES, INC. and K&M
ASSOCIATES, L.P.,

                           Defendants.
-----------------------------------------------------------------X

1:18-cv-10620-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       At the last conference, and by letter dated April 7, 2022, Dkt. No. 211, Plaintiff informed the Court that the current trial dates pose a conflict for Plaintiff. In light of Plaintiff's stated conflict, the Court is adjourning the trial to the earliest available date on the Court's calendar. The jury trial scheduled to begin on June 8, 2022 is adjourned to **Monday, January 9, 2023 at 9:00 a.m.** The Court will inform the parties if an earlier date becomes available.

       The final pretrial conference currently scheduled for April 18, 2022, is adjourned to **Monday, November 21, 2022 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

       The Court also reminds the parties that due to the current COVID-19 protocols at the courthouse, the trial date is subject to additional changes. The parties are also reminded that they may consent to proceed to trial before the assigned Magistrate Judge.

       SO ORDERED.

Dated: April 11, 2022
New York, New York

                                                       _____
                                                       GREGORY H. WOODS
                                                     United States District Judge