```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

VERRAGIO, LTD.,                                  :
                                                 :
                              Plaintiff,         :
                                                 :           1:18-cv-10620-GHW
             -against-                           :
                                                 :           ORDER
WALMART STORES, INC. and K&M                     :
ASSOCIATES, L.P.,                                :
                                                 :
                              Defendants.        :

------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 18, 2022, the Court held a conference to discuss the parties' April 7, 2022

proposed submissions to the United States Copyright Office. *See* Dkt. No. 211. For the reasons

stated on the record at the April 18, 2022 conference, the Court declines to submit either proposal

to the Copyright Office. The parties are directed to file any amended proposed submission to the

Copyright Office to the Court no later than April 28, 2022.

SO ORDERED.

Dated:  April 19, 2022
New York, New York                    _____
                                              GREGORY H. WOODS
                                            United States District Judge