**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERRAGIO, LTD.,<br><br>        Plaintiff,<br><br>   -against-<br><br>WALMART STORES, INC. and K & M<br>ASSOCIATES, L.P.,<br><br>        Defendants. | Civil Action No.: 1:18-cv-10620-GHW<br><br><br>**REVISED REQUESTS TO CHARGE AND**<br>**PROPOSED VERDICT FORMS** |

On November 28, 2022, the Court issued its Order requesting the parties to update their pretrial submissions in light of the advice provided by the Register of Copyrights. Dkt. 235. Plaintiff and counterdefendant Verragio, Ltd. ("Plaintiff" or "Verragio") and Defendants and counterclaimants Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Walmart") and K & M Associates, L.P. ("K&M") (collectively, "Defendants") jointly submit:

Exhibit A — Revised proposed joint requests to charge, including Preliminary Instruction No. 12 (Summary of Contentions – Copyright Contentions), and Final Instruction Nos. 25 (Challenging Validity of Registered Copyright) and 25A (Publication).

Exhibit B — Plaintiff's revised proposed verdict form

Exhibit C – Defendants' revised proposed verdict form

DATED:  December 5, 2022                Respectfully submitted,

**TUCKER ELLIS LLP**


By:*/s/ Howard A. Kroll*
    Howard A. Kroll
515 South Flower Street, 42nd Floor
Los Angeles, CA  90071

Telephone:      213-430-3400
Facsimile:      213-430-3409
howard.kroll@tuckerellis.com

Attorneys for Plaintiff VERRAGIO, LTD.


**AMSTER, ROTHSTEIN & EBENSTEIN, LLP**


By:  */s/ Anthony F. LoCicero*
    Anthony F. LoCicero
90 Park Avenue
New York, NY  10016
Telephone:  212-336-8000
Facsimile:  212-336-8001

Attorneys for Defendants WALMART INC. F/K/A
WAL-MART STORES, INC. and
K & M ASSOCIATES, L.P.