# EXHIBIT C

## X.   PLAINTIFF'S REVISED EXHIBIT LIST

Plaintiff submits its list of exhibits for its case in chief, excluding exhibits that may be used for cross examination or rebuttal. Plaintiff reserves the right to use any exhibit offered by Defendants.

| Exhibit Number | Description | Prior ID/Bates Range | Objections | Basis for Objection |
|---|---|---|---|---|
| P001 | Silver sample of AFN-5013R-4 | | X | Not genuine, copyrighted ring. Should be genuine AFN-5013R-4 gold/platinum ring offered in the market. |
| P002 | Nisguretsky Copyright Registration VAu 1-027-588 for AFN-5013R-4 | Dep. Ex. 6; Ex. 2 (page 3 of 3) | | |
| P003 | Exclusive License Agreement | VERRAGIO 000519-521; Exhibit A sent by email | | |
| P004 | Photograph of AFN-5013R-4 | Dep. Ex. 2 (page 2 of 3) | X | FRE 402, 403, 1002. Not relevant. Prejudicial. Not best evidence. Only copyrighted work is relevant. |
| P005 | Photograph of AFN-5013R-4 | Nisguretsky Dec., Ex. C | X | FRE 402, 403, 1002. Not relevant. Prejudicial. Not best evidence. Only copyrighted work is relevant. Photo is unclear. |
| P006 | Design of AFN-5013R-4 | VERRAGIO 000046 | | |
| P007 | Facebook post | VERRAGIO 000056 | X | FRE 402, 403, 602, 802, 901 Hearsay. Lack of foundation. Not relevant. Prejudicial. |

1524571.7

| Exhibit Number | Description | Prior ID/Bates Range | Objections | Basis for Objection |
|---|---|---|---|---|
| P008 | Facebook posts | VERRAGIO 000516-518 | X | FRE 402, 403, 602, 802, 901 Hearsay. Lack of foundation. Not relevant. Prejudicial. |
| P009 | Most Popular Engagement Ring | Outlook version of KM-000018 | X | Incomplete document. |
| P010 | 2016 Ring of the Year | VERRAGIO 000525 | X | FRE 402, 403, 602, 802, 901 Hearsay. Lack of foundation. Not relevant. Prejudicial. |
| P011 | Verragio expenditures on social media | VERRAGIO 000059 | X | FRE 402, 403 Not relevant. Prejudicial. |
| P012 | Verragio ranking on social media | VERRAGIO 000060 | X | FRE 402, 403, 602, 802, 901 Not relevant. Prejudicial. Lack of foundation. Hearsay. |
| P013 | Verragio sales of rings | VERRAGIO 000079-89 | X | FRE 402, 403 Not relevant. Prejudicial. |
| P014 | Accused Ring with ring stick, sticker and receipt | VERRAGIO 000057 | | |
| P015 | Accused Ring with ring stick and sticker | Dep. Ex. 5 | | |
| P016 | Accused Ring with ring stick, sticker and receipt | VERRAGIO 000058 | | |
| P017 | Photograph of Accused Ring | Nisguretsky Dec. Ex. E | | |
| P018 | Comparison photographs of AFN-5013R-4 and Accused Ring | Nisguretsky Dec., Ex. F (revised last page to read Accused Ring instead of Accused Diamonds) | X | Photos inaccurate or doctored. |
| P019 | Item Sheet for Item #356787K-8 | KM-000001 | | |
| P020 | PFS Ring Tower | KM-000002 | | |

2

1524571.7

| Exhibit Number | Description | Prior ID/Bates Range | Objections | Basis for Objection |
|---|---|---|---|---|
| P021 | Email from Barbara August to Scott Kim and Lucy dated September 30, 2016 | Outlook version of KM-000004-5, 18 | X | Incomplete document. |
| P022 | Emails in 2016 re The Most Popular Engagement Ring On Pinterest | KM-000021-23 | X | Incomplete document. |
| P023 | Walmart Shipments of Item # 356787 | KM-000036-41 | | |
| P024 | Email from Korey Reed to Julie Smith dated November 28, 2016 | KM-000065-69 | X | Incomplete document. |
| P025 | Engagement & Bands | KM-000003 | | |
| P026 | Verragio's Cease and Desist Letter sent to Walmart on June 11, 2018 | KM-000070-81 | | |
| P027 | Walmart's tender of defense to K&M dated July 10, 2018 | KM-000082 | | |
| P028 | Acceptance of Walmart's tender of defense to K&M dated July 11, 2018 | KM-000083 | | |
| P029 | Pay From Scan Schedule | WMT000165-168 | | |
| P030 | Walmart website for Accused Ring | Dep. Ex. 41 | | |
| P031 | Walmart website for Accused Ring | Dep. Ex. 42 | | |
| P032 | Walmart website for Accused Ring | Dep. Ex. 43 | | |

3

1524571.7

| Exhibit Number | Description | Prior ID/Bates Range | Objections | Basis for Objection |
|---|---|---|---|---|
| P033 | Nisguretsky Copyright Registration VA00001852563 for AFN-5013P | Verragio000526-527 | | |
| P034 | CAD Design of AFN-5013P | Verragio000528 | X | Late production: fact discovery closed on May 15, 2019 (ECF 26); FRE 402, 403, 602, 901<br>Lack of foundation. Not relevant. Prejudicial. |
| P035 | CAD Design of AFN-5013R-4 | Verragio000529 | X | Late production: fact discovery closed on May 15, 2019 (ECF 26); FRE 402, 403, 602, 901<br>Lack of foundation. Not relevant. Prejudicial. |
| P036 | Invoice for AFN-5013P-4 | Verragio000530-531 | X | Late production: fact discovery closed on May 15, 2019 (ECF 26); FRE 402, 403, 602, 802, 901<br>Lack of foundation. Not relevant. Prejudicial. |
| P037 | Order Confirmation for AFN-5013P-4 | Verragio000532 | X | Late production: fact discovery closed on May 15, 2019 (ECF 26); FRE 402, 403, 602, 901<br>Lack of foundation. Not relevant. Prejudicial. |
| P038 | Different shanks for Verragio Venetian Collection | Verragio000533-537 | X | Late production: fact discovery closed on May 15, 2019 (ECF 26); FRE 402, 403, 602 , 901<br>Lack of foundation. Not relevant. Prejudicial. |
| P039 | Verragio Trademark No. 2,063,519 | Verragio000522 | X | Plaintiff dropped its trademark claims on 8/14/2022; FRE 402, 403, Not relevant. Prejudicial. |

1524571.7

| Exhibit Number | Description | Prior ID/Bates Range | Objections | Basis for Objection |
|---|---|---|---|---|
| P040 | Verragio Trademark No. 4,691,910 | Verragio000523-524 | X | Plaintiff dropped its trademark claims on 8/14/2022; FRE 402, 403, Not relevant. Prejudicial. |
| P041 | Gold ring of AFN-5013R-4 | | | |
| P0__ | Any exhibits listed on Defendants' Exhibit List to which Plaintiff does not object | | | |

1524571.7