```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                   :
                                                  :
                              Plaintiff,          :
                                                  :     1:18-cv-10620-GHW
            -against-                             :
                                                  :     ORDER
WALMART STORES, INC. and K&M                      :
ASSOCIATES, L.P.,                                 :
                                                  :
                              Defendants.         :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has recently been informed that January 9, 2023 is heavily booked with requests for jurors for both civil and criminal trials, and that criminal cases will receive priority. In light of this, the jury trial scheduled to begin on Monday, January 9, 2023 will instead begin on Tuesday, January 10, 2023 at 9:00 a.m. The jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: December 7, 2022
       New York, New York

                                                                             _____
                                                                             GREGORY H. WOODS
                                                                  United States District Judge