```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,                                  :
                                                 :
                              Plaintiff,         :
                                                 :                1:18-cv-10620-GHW
           -against-                             :
                                                 :                    ORDER
WALMART STORES, INC. and K&M                     :
ASSOCIATES, L.P.,                                :
                                                 :
                              Defendants.        :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

     Plaintiff is directed to file a reply to Defendants' opposition, Dkt. No. 259, no later than December 11, 2022. Defendants are directed to file a letter addressing whether the documents that are the subject of Defendants' request to preclude from trial were within the scope of any existing discovery requests and to provide the text of such discovery requests. Defendants are directed to file this supplemental letter no later than December 9, 2022.

     SO ORDERED.

Dated: December 9, 2022
       New York, New York

                                                             GREGORY H. WOODS
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022