```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERRAGIO, LTD.,  :
: 
  Plaintiff, :
: 1:18-cv-10620-GHW
 -against- :
: ORDER
WALMART STORES, INC. and K&M :
ASSOCIATES, L.P., :
:
  Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on December 16, 2022, Defendants' Rule 37 motion, Dkt. No. 259, is denied.

As stated on the record during the December 16, 2022 conference, the deadline for Plaintiff to serve responses and any objections to Defendants' requests for production pertaining to the publication date of the 5013P ring design is no later than 7 days following the date of service of the requests. *See* Fed. R. Civ. P. 34(b)(2)(A). The deadline for Plaintiff to serve answers and any objections to Defendants' interrogatories pertaining to the publication date of the 5013P ring design is no later than 7 days following the date of service of the interrogatories. *See* Fed. R. Civ. P. 33(b)(2).

SO ORDERED.

Dated: December 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge